# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CIVIL NO. 2:09CV33

| | |
|---|---|
| WNC STORES, LLC; WNC SOLO, INC., formerly known as Market Center, Inc.; and WHITE'S SOLO, LLC, )<br>)<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>MANSFIELD OLD COMPANY OF GAINESVILLE, INC., )<br>)<br>)<br>Defendant. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' motion for a preliminary injunction and request to file a supporting brief at a later date.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' file a brief in support of their motion for preliminary injunction no later than **MONDAY, JULY 6, 2009;** Defendant shall have to and including **THURSDAY, JULY 23, 2009,** to file response thereto. **NO REPLIES TO RESPONSES WILL BE ALLOWED.**

The Court anticipates hearing this motion the week of July 27, 2009; the parties herein are to confer among themselves and advise the Court through the Clerk of a day and time that week that is most convenient for all parties.

Signed: June 29, 2009

Lacy H. Thornburg
United States District Judge